O

# PRIORITY SEND

UNITED STATES DISTRICT COURT     JS - 6
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 09-01016 VAP (OPx)            Date:  September 1, 2009

Title:    DEUTSCHE BANK NATIONAL TRUST COMPANY, et al. *-v-* ROSA LOPEZ-SILVA, and DOES I through X, inclusive
================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| | |
|---|---|
| Marva Dillard<br>Courtroom Deputy | None Present<br>Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:    MINUTE ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

    On May 23, 2008, Plaintiff Deutsche Bank National Trust Company ("Plaintiff") filed a "Complaint in Unlawful Detainer" against Defendant Rosa Lopez-Silva ("Defendant").  On June 2, 2009, Defendant removed the action on the basis of federal question jurisdiction, 28 U.S.C. § 1331.  (<u>See</u> Not. of Removal at 1-2.)

    Removal jurisdiction is governed by statute.  <u>See</u> 28 U.S.C. §1441, et seq. The Ninth Circuit applies a strong presumption against removal jurisdiction, ensuring "the defendant always has the burden of establishing that removal is proper." <u>Gaus v. Miles, Inc.</u>, 980 F.2d 564, 566 (9th Cir. 1992) (citing <u>Nishimoto v. Federman-</u>

...

EDCV 09-1016-VAP (OPx)
DEUTSCHE BANK NATIONAL TRUST COMPANY v. LOPEZ-SILVA
MINUTE ORDER of September 1, 2009

Bachrach & Assocs., 903 F.2d 709, 712 n.3 (9th Cir. 1990)); see also In re Ford Motor Co./Citibank (South Dakota), N.A., 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

    Defendant claims the basis for removal is federal question jurisdiction, 28 U.S.C. § 1331, because the claims "arise under" federal law. (See Not. of Removal at 1.) From the face of the Complaint, Plaintiff's claim is for unlawful detainer, a California state law action. See Franchise Tax Bd. v. Constr. Laborers Trust, 463 U.S. 1, 10 (1983) (defendant may not remove case to federal court unless basis for federal jurisdiction apparent on the face of the complaint). Accordingly, Defendant has not shown the Court's jurisdiction based on federal question, 28 U.S.C. § 1331.

    Defendant has not met her burden of establishing that the case is properly in federal court. Gaus, 980 F.2d at 566. Accordingly, the Court REMANDS the action to the Superior Court of California, San Bernardino County.

    **IT IS SO ORDERED.**